## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## NEWARK DIVISION

| | |
|---|---|
| JASON HUHN, individually and on behalf of all others similarly situated, | ) |
| | ) **RECEIVED** |
| Plaintiff, | ) Case No. 15-cv-2298 |
| | ) **MAY** ) **8 2015** |
| v. | ) Hon. Jose L. Linares |
| | ) AT 8:30 M |
| CONSOLIDATED TRAVEL HOLDINGS GROUP, INC.; CONSOLIDATED WORLD TRAVEL, INC. dba HOLIDAY CRUISE LINE; CRUISE OPERATOR INC. dba BAHAMAS PARADISE CRUISE LINE; BAHAMAS PARADISE CRUISE LINE, LLC; ELITE MARKETING, INC.; JAMES H. VERRILLO; and JOHN DOES 1-25, | ) WILLIAM T. WALSH, CLERK ) ) ) ) ) ) ) ) |
| Defendants. | ) |

### NOTICE OF MDL PETITION

In accordance with the Rule 6.2(a) of Procedure of the United States Judicial Panel on

Multidistrict Litigation, the undersigned hereby provides notice that a Motion for Consolidation

and Transfer Under 28 U.S.C. § 1407 has been filed before the Judicial Panel on Multidistrict

Litigation. *See In re Holiday Cruise Line TCPA Call/Text Litigation*, MDL No. 15-52 (J.P.M.L.).

(A true and correct copy of the Motion is attached hereto as Exhibit A.)

Dated: May 4, 2015                                    Respectfully submitted,


By:_____

Joseph J. Siprut
*jsiprut@siprut.com*
Ismael T. Salam
*isalam@siprut.com*
**SIPRUT PC**
17 North State Street
Suite 1600
Chicago, Illinois 60602

312.236.0000
Fax: 312.241.1260

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that the foregoing **Notice of MDL Petition** was

served this 4th day of May, 2014, to the Clerk of Court and the following individuals:

### *Counsel for Plaintiff:*
Ari Hillel Marcus
Marcus Law Llc
1500 Allaire Avenue
Suite 101
Ocean, NJ 07712
732-660-8169
Email: ari@marcuslawyer.com

### *Counsel for Defendant Consolidated World Travel, Inc.:*
(No appearance on File)
200 E Broward Boulevard
Suite 1800
Fort Lauderdale, FL 33301

### *Counsel for Defendant Cruise Operator, Inc.:*
(No appearance on File)
200 E Broward Boulevard
Suite 1800
Fort Lauderdale, FL 33301

### *Counsel for Defendant Consolidated World Travel Holdings Group, Inc.:*
(No appearance on File)
200 E Broward Boulevard
Suite 1800
Fort Lauderdale, FL 33301

### *Counsel for Bahamas Paradise Cruise Line, LLC:*
(No appearance on File)
200 E Broward Boulevard
Suite 1800
Fort Lauderdale, FL 33301

_____