UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JASON HUHN, individually and on behalf of all others similarly situated,<br><br>Plaintiff<br><br>-against-<br><br>CONSOLIDATED TRAVEL HOLDINGS GROUP, INC.; CONSOLIDATED WORLD TRAVEL, INC. dba HOLIDAY CRUISE LINE; CRUISE OPERATOR INC. dba BAHAMAS PARADISE CRUISE LINE; BAHAMAS PARADISE CRUISE LINE, LLC; JAMES H. VERRILLO; and JOHN DOES 1-25,<br><br>Defendants | Civil Case No.: 15-2298 |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Jason Huhn, by and through his counsel, hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice.

**Dated**: August 14, 2015

/s/ Jeremy M. Glapion
Jeremy M. Glapion
**THE GLAPION LAW FIRM, LLC**
1704 Maxwell Drive, Suite 102
Wall, New Jersey 07719
Tel: 732.455.9737
Fax: 732.709.5150
jmg@glapionlaw.com

So Ordered  8/17/15

_____
STANLEY R. CHESLER
United States District Judge